UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-888

Aleisha C. Jennings (049302015)

In Re:

**Marian B Ellison,**

    **Debtor.**

Order Filed on March 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   21-17545-CMG

Chapter:    13

Judge:      Christine M. Gravelle

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 15, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtor: Marian B Ellison
Case No.: 21-17545-CMG
Caption of Order:  **Order Vacating Stay**

_____

Upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

    72 Brotherhood Street, Piscataway, New Jersy 08854

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.